NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER VIZZA, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUITY RESIDENTIAL SERVICES II, LLC, a Delaware limited liability company; EQUITY RESIDENTIAL SERVICES, LLC, a Delaware limited liability company; and DOES 1 through 100,<br><br>Defendants. | Case No. 2:18-cv-03342 JAK (PLAx)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Judge: Hon. Paul L. Abrams<br>Dept: Courtroom 780, 7th Floor<br><br>Action Filed: February. 7, 2018<br>Removal Filed: April 20, 2018 |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is hereby entered as modified.

**IT IS SO ORDERED.**

Dated: July 11, 2018

*Paul L. Abrams*

Hon Paul L. Abrams
United States Magistrate Judge